UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PABLO CARBO C.,

          Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. C23-5589 RSM

**ORDER GRANTING STIPULATED MOTION FOR REMAND**

Based on the stipulation of the parties, the Court hereby ORDERS that this matter be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings.  Upon remand, the Appeals Council will instruct the Administrative Law Judge to offer Plaintiff the opportunity for a hearing; re-evaluate Plaintiff's right-arm impairment at step two; re-evaluate the medical opinions and prior administrative medical findings; continue with the remaining steps of the sequential evaluation process; and issue a new decision.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further administrative proceedings.  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  Plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

///

ORDER GRANTING STIPULATED
MOTION FOR REMAND - 1

///

DATED this 21st day of December, 2023.

                                              Ricardo S. Martinez
                                              United States District Judge

ORDER GRANTING STIPULATED
MOTION FOR REMAND - 2